**Opinion issued June 8, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————————

**NO. 01-23-00149-CR**

———————————

**IN RE WILFRED BOUDINE, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Wilfred Boudine has filed a petition for writ of mandamus, asking that we direct the trial court to set aside his indictment for failure to provide a speedy trial.[1]

---

[1] The underlying case is *The State of Texas v. Wilfred Boudine*, cause number 1612078, pending in the 208th District Court of Harris County, Texas, the Honorable Beverly D. Armstrong presiding.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

Do not publish.  TEX. R. APP. P. 47.2(b).